■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BERRY, Appellant. [781 NYS2d 908]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered October 25, 2000, convicting him of robbery in the second degree, robbery in the third degree, and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence. By decision and order of this Court dated February 18, 2003 (*People v Berry,* 302 AD2d 536 [2003]), the appeal was held in abeyance and the matter was remitted to the Supreme Court, Queens County, to hear and report on the prosecutor's exercise of a peremptory challenge against a male black venireperson. The Supreme Court, Queens County, has conducted a hearing and filed its report.

Ordered that the judgment is affirmed.

The record supports the Supreme Court's conclusion that the defendant failed to sustain his burden of demonstrating that the prosecution's exercise of a peremptory challenge was the product of purposeful discrimination (*see People v Arias,* 267 AD2d 244 [1999]; *People v Guzman,* 267 AD2d 471 [1999]; *People v Queen,* 258 AD2d 480 [1999]). Ritter, J.P., Luciano, Cozier and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CRAWFORD, Appellant. [781 NYS2d 909]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 3, 1985 (*People v Crawford,* 113 AD2d 771 [1985]), affirming a judgment of the Supreme Court, Kings County, rendered June 22, 1979.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Cozier and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAHAM CROSBY, JR., Appellant. [781 NYS2d 909]—Appeal by the defendant from a judgment of the Country Court, Suffolk County (Weber, J.), rendered April 29, 2003.

Ordered that the judgment is affirmed (*see People v Pellegrino,* 60 NY2d 636 [1983]). Smith, J.P., S. Miller, Adams, Rivera and Lifson, JJ., concur.